UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW TEDESCO, | |
| Plaintiff, | Case No. 2:11-cv-00633-JCM-CWH |
| vs. | **ORDER** |
| GMAC MORTGAGE, *et al*., | |
| Defendants. | |

    This matter is before the court on Counsel for GMAC Mortgage, LLC's Notice of Change of Attorney Information (#20), filed February 28, 2012. Attorney Sarah A. Gaskill is no longer counsel of record for GMAC Mortgage and current counsel for Defendant requests that she no longer receive notifications in this matter. Accordingly,

    **IT IS HEREBY ORDERED** that Defendant GMAC Mortgage, LLC's Notice of Change of Attorney Information requesting removal from CM/ECF notification list (#20) is **granted**. Attorney Sarah A. Gaskill shall no longer receive notices in this matter.

    Dated this 29th day of February, 2012.

                                                                     C.W. Hoffman, Jr.
                                                                     United States Magistrate Judge