# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

ANDREW TEDESCO,

           Plaintiff,

V.

GMAC MORTGAGE, et al.,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-CV-633 JCM (CWH)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is in favor of Defendant GMAC Mortgage and against Plaintiff Andrew Tedesco.  This instant action is dismissed and the case is closed.

3/5/2015  
Date

/s/ Lance S. Wilson  
Clerk

/s/ D. Johnson  
(By) Deputy Clerk